IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00580-WDM-CBS

TERRY J. KIRCH,

      Plaintiff,

v.

PULMONARY DATA SERVICES, INC.,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Modify Scheduling Order and to Reset Settlement Conference (*doc. no. 28*) is **GRANTED**. The deadline to amend pleadings and join parties is extended to **August 14, 2006**.

      IT IS FURTHER ORDERED that the settlement conference set for July 27, 2006 is **VACATED** and **RESET** for **September 6, 2006, at 3:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. It is further

      **ORDERED** that parties are to submit their respective confidential settlement statements on or before **August 30, 2006**. Each statement should contain the following:

1. A candid assessment of the of the case from the presenter's point of view;
2. A summary of the evidence which supports that side's claims;
3. Remarks toward any perceived weaknesses in the case;
4. Present a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*; and
5. Any observations or additional information which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

      Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL additional settlement materials (i.e. deposition transcripts, exhibits) are to be submitted to the court as hard copies. Counsel are directed to indicate in their email if they are submitting additional information for the court to read. Any additional material shall be

delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

**Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show <u>valid photo identification</u>.** *See* **D.C.COLO.LCivR 83.2B.**

**DATED:**       July 18, 2006