IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00580-WDM-CBS

TERRY J. KIRCH,

    Plaintiff,

v.

PULMONARY DATA SERVICES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    On July 7, 2006, Defendant filed a Motion for Leave to File Amended Answer and Jury Demand (*doc. no. 25*). This court entered a minute order on July 12, 2006, (*doc. no.27*) setting a response date of July 20, 2006.

    A review of the docket and file in this matter indicates that no objections or responses have been filed in compliance with the court's July 12th minute order. Therefore, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. As of the date of this order, the clerk's office is instructed to accept for filing, Defendant's Amended Answer and Jury Demand (*doc no. 25-2*) tendered to the court on July 7, 2006.

**DATED:**    July 31, 2006