IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00580-WDM-CBS

TERRY J. KIRCH,

        Plaintiff,

v.

PULMONARY DATA SERVICES, INC.,

        Defendant.

_____

**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT AND JURY DEMAND**
_____

        The Court, having reviewed Plaintiff's Unopposed Motion for Leave to File First

Amended Complaint and Jury Demand (*doc. no. 34*), and being fully advised in the premises,

hereby GRANTS the instant Motion.  Plaintiff's First Amended Complaint is hereby accepted for

filing as of the date of this Order.

DATED at Denver, Colorado, this 14th day of August, 2006.

                                   BY THE COURT:


                                   *s/Craig B. Shaffer*
                                   Craig B. Shaffer
                                   United States Magistrate Judge